UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
May 23, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADAN GARCIA CASTILLO

Defendant.

Case No. 2:24-cr-00020-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ADAN GARCIA CASTILLO</u> Case No. <u>2:24-cr-00020-TLN</u> Charges <u>21 USC § 846, 841(a)(1)</u> from custody for the following reasons:

_____  Release on Personal Recognizance

  X    Bail Posted in the Sum of $  <u>$100,000.00 secured bond secured by residential property 3223 Togninali Lane, Stockton CA.</u>

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other): <u>.</u>

Issued at Sacramento, California on May 23, 2024 at 11:05 AM

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney