PHILLIP A. TALBERT
United States Attorney
DAVID W. SPENCER
EMILY G. SAUVAGEAU
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0020-WBS |
|---|---|
| Plaintiff, | FINDINGS AND ORDER |
| v. | |
| ROSALVA ANGULO CASTILLO, ADAN GARCIA CASTILLO, | |
| Defendants. | |

**FINDINGS AND ORDER**

1. On December 16, 2024, the parties appeared for a status conference. For the reasons stated on the record, the Court continued the status conference to March 10, 2025 at 10:00 a.m.

2. Based on the representations and stipulation of the parties, the Court found that time should be excluded for purposes of the Speedy Trial Act from December 16, 2024, through March 10, 2025, under Local Code T4.

3. The Court asked the government to submit a proposed written order memorializing the oral findings and order made at the hearing.

4. The Court hereby finds the following:

   a) The government has represented that the discovery associated with this case includes almost 10,000 pages of materials, as well as voluminous video recordings and other

materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying. This discovery was recently provided to counsel of record for defendant Rosalva Angulo Castillo, following his recent substitution into the case and agreement to the protective order regulating discovery (ECF 21).

      b)    Counsel for defendants desire additional time to review this discovery and to otherwise prepare for trial, including considering potential motions.

      c)    The government does not object to the continuance.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 16, 2024 to March 10, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO FOUND AND ORDERED.

Dated: December 16, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE