MICHELE BECKWITH
Acting United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROSALVA ANGULO CASTILLO, <br> ADAN GARCIA CASTILLO, <br><br> Defendants. | CASE NO. 2:24-CR-0020-WBS <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER <br><br> DATE: July 14, 2025 <br> TIME: 10:00 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on July 14, 2025.

2. By this stipulation, defendants now move to continue the status conference until **October 20, 2025, at 10:00 a.m.,** and to exclude time between July 14, 2025, and October 20, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes at least 4,908 pages of investigative reports, photographs, search warrants, and other evidence, as well as voluminous audio and video recordings and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  b) Counsel for defendants desire additional time to review this discovery, to consult with their clients regarding potential responses to the charges, to conduct factual investigation and legal research, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 14, 2025 to October 20, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 9, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: July 9, 2025

/s/ JESSE GARCIA

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

```
                                    JESSE GARCIA
                                    Counsel for Defendant
                                    Rosalva Angulo Castillo
```

Dated: July 9, 2025                 /s/ DANICA MAZENKO
                                    DANICA MAZENKO
                                    Counsel for Defendant
                                    Adan Garcia Castillo

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 9, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME        3
PERIODS UNDER SPEEDY TRIAL ACT