1  ERIC GRANT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5

   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  2:24-CR-0020-WBS

                          Plaintiff,      STIPULATION REGARDING EXCLUDABLE
12                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
                                          ORDER
13            v.

14 ROSALVA ANGULO CASTILLO,               DATE: January 12, 2026
   ADAN GARCIA CASTILLO,                  TIME: 10:00 a.m.
15                                         COURT: Hon. William B. Shubb
                          Defendants.

16

17                          **STIPULATION**

18        1.      By previous order, this matter was set for status on January 12, 2026.

19        2.      By this stipulation, defendants now move to continue the status conference until March

20 30, 2026, at 10:00 a.m., and to exclude time between January 12, 2026, and March 30, 2026, under

21 Local Code T4.

22        3.      The parties agree and stipulate, and request that the Court find the following:

23               a)      The government has represented that the discovery associated with this case

24 includes at least 4,908 pages of investigative reports, photographs, search warrants, and other

25 evidence, as well as voluminous audio and video recordings and other materials.  All of this

26 discovery has been either produced directly to counsel and/or made available for inspection and

27 copying.

28

b)      Counsel for defendants desire additional time to review this discovery, to consult with their clients regarding potential responses to the charges, to conduct factual investigation and legal research, and to otherwise prepare for trial.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2026 to March 30, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  January 7, 2026                              ERIC GRANT
                                                    United States Attorney


                                                    /s/ DAVID W. SPENCER
                                                    DAVID W. SPENCER
                                                    Assistant United States Attorney


Dated:  January 7, 2026                              /s/ JESSE GARCIA

1

JESSE GARCIA
Counsel for Defendant
Rosalva Angulo Castillo

2

3   Dated:  January 7, 2026                    /s/ DANICA MAZENKO

4                                              DANICA MAZENKO
                                               Counsel for Defendant
5                                              Adan Garcia Castillo

6

7

8                                  **ORDER**

9        IT IS SO FOUND AND ORDERED.

10

11       Dated:  January 8, 2026

12                                              WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28