ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:24-CR-0020-WBS |
| Plaintiff, | FINDINGS AND ORDER |
| v. | |
| ROSALVA ANGULO CASTILLO, ADAN GARCIA CASTILLO, | |
| Defendants. | |

**FINDINGS AND ORDER**

1.      On May 26, 2026, the parties appeared for a status conference.  For the reasons stated on the record, the Court continued the status conference to June 15, 2026.  Specifically, counsel of record for defendant Angulo Castillo has filed a motion to withdraw as counsel.  *See* ECF 81-82.  The Court referred the pending motion to be decided by the duty magistrate judge.

2.      Based on the representations and stipulation of the parties, the Court found that time should be excluded for purposes of the Speedy Trial Act from May 26, 2026, through June 15, 2026.

3.      The Court asked the government to submit a proposed written order memorializing the oral findings and order made at the hearing.

4.      The Court hereby finds the following:

        a)      The duty magistrate judge will decide the pending motion to withdraw related to defendant Angulo Castillo.

FINDINGS AND [ORDER]

1

b)      As represented by the parties at the hearing, additional time is needed for the magistrate judge to rule on the motion.  Once the motion has been decided, additional time is needed for defense preparation and continuity of counsel—regardless of whether the magistrate judge grants or denies the motion.

5.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

6.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 26, 2026 to June 15, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO FOUND AND ORDERED.

Dated:  May 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

FINDINGS AND [ORDER]

2