ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALVA ANGULO CASTILLO,<br>ADAN GARCIA CASTILLO,<br><br>Defendants. | CASE NO.  2:24-CR-0020-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 15, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      By previous order, this matter was set for status on June 15, 2026.

2.      By this stipulation, defendants now move to continue the status conference until **October 5, 2026, at 10:00 a.m**., and to exclude time between June 15, 2026, and October 5, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes at least 4,908 pages of investigative reports, photographs, search warrants, and other evidence, as well as voluminous audio and video recordings and other materials.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

b)       Counsel for defendant Garcia Castillo recently determined that she is missing some of this discovery.  Counsel requested and the government has agreed to produce another copy of this discovery.

c)       On June 1, 2026, attorney Shari Rusk was appointed as new defense counsel for defendant Rosalva Angulo Castillo.  *See* ECF 87.  Ms. Rusk has requested, and the government is providing, a complete copy of all the discovery to Ms. Rusk.

d)       Counsel for defendants desire additional time to review the discovery, to consult with their clients regarding potential responses to the charges, to conduct factual investigation and legal research, and to otherwise prepare for trial.

e)       Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f)       The government does not object to the continuance.

g)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2026 to October 5, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  June 10, 2026

ERIC GRANT
United States Attorney


/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney


Dated:  June 10, 2026

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
Rosalva Angulo Castillo


Dated:  June 10, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
Adan Garcia Castillo


# ORDER

IT IS SO FOUND AND ORDERED.

Dated:  June 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3