ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ADAN GARCIA CASTILLO,<br>Defendant. | CASE NO. 2:24-CR-0020-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: November 23, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on November 23, 2026.

2. By this stipulation, defendant now moves to continue the status conference until January 4, 2027, at 10:00 a.m., for a change of plea hearing, and to exclude time between November 23, 2026, and January 4, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes at least 4,908 pages of investigative reports, photographs, search warrants, and other evidence, as well as voluminous audio and video recordings and other materials. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to meet and consult with her client to prepare for the change of plea hearing. While counsel expects her client to plead guilty at his

next court date, in the event he elects not to plead guilty, defense counsel's consultation with her client in preparation for his anticipated change of plea will be necessary for her trial preparation.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 23, 2026 to January 4, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 18, 2026

ERIC GRANT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated: November 18, 2026

/s/ DANICA MAZENKO

DANICA MAZENKO
Counsel for Defendant
Adan Garcia Castillo

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE